IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NIGEL SOOKLAL,          :
    Petitioner,     :
                    :  1:14-CV-0720
v.                      :
                    :  Hon. John E. Jones III
THE DISTRICT DIRECTOR FOR :
IMMIGRATION CUSTOM      :
ENFORCEMENT, *et al.*,  :
    Respondents.    :

## ORDER

**September 22, 2014**

**AND NOW**, for the reasons set forth in the Memorandum issued this date,

**IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

                                     s/ John E. Jones III
                                     John E. Jones III
                                     United States District Judge